IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| TRAVIS MICHAEL DYSON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:06-CV-0142 |
| | § | |
| NATHANIEL QUARTERMAN, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING RESPONDENT'S MOTION TO DISMISS

Came for consideration the Motion to Dismiss filed by respondent NATHANIEL QUARTERMAN on December 4, 2006, and the Petition for a Writ of Habeas Corpus filed by petitioner TRAVIS MICHAEL DYSON on June 4, 2006. On August 31, 2007, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that respondent's motion to dismiss be denied, and that petitioner's habeas application be denied. Respondent filed objections to the Magistrate Judge's Report and Recommendation on September 12, 2007. On September 24, 2007, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has reviewed the Report and Recommendation of the Magistrate Judge, as well as the objections of petitioner and respondent, and has made an independent examination of the record in this case. The District Judge is of the opinion that the objections of both petitioner and respondent should be, and hereby are, OVERRULED. The

Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, respondent's motion to dismiss is DENIED and the Petition for a Writ of Habeas Corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this 24th day of September 2007.

*[signature]*
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE